MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

JASON M. BOOTH (State Bar No. 143437)
Dongell Lawrence Finney LLP
707 Wilshire Boulevard, 45th Floor
Los Angeles, California 90017
Tel:  (213) 943-6100
Fax:  (213) 943-6101
E-mail:  jbooth@dlflawyers.com

Attorney for Defendant
ROY E. LAY TRUCKING

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>                 Plaintiff,<br><br>        vs.<br><br>ROY E. LAY TRUCKING,<br><br>                 Defendant. | Case No. 2:07-cv-01275-MCE-GGH<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]**<br><br>Conference:  n/a<br>Time:  n/a<br>Courtroom:  n/a |

///

///

///

1

1      WHEREAS, on April 12, 2007 Plaintiff California Sportfishing Protection Alliance

2  ("CSPA") provided Defendant Roy E. Lay Trucking ("Roy E. Lay") with a Notice of Violations and

3  Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

4      WHEREAS, on June 27, 2007 CSPA filed its Complaint against Roy E. Lay in this Court,

5  *California Sportfishing Protection Alliance v. Roy E. Lay Trucking,* Case No. 2:07-cv-01275-MCE-

6  GGH.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

7      WHEREAS, CSPA and Roy E. Lay, through their authorized representatives and without

8  either adjudication of CSPA's claims or admission by Roy E. Lay of any alleged violation or other

9  wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth

10  in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A

11  copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered

12  into by and between CSPA and Roy E. Lay is attached hereto as Exhibit D and incorporated by

13  reference.

14      WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt

15  requested, to the U.S. EPA and the U.S. Department of Justice and the 45 day review period set forth

16  at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the

17  Court indicating that they have no objection to the terms of the Settlement Agreement.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

2  parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties

3  respectfully request an order from this Court dismissing such claims.  In accordance with paragraph

4  2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the

5  parties through August 31, 2008 for the sole purpose of resolving any disputes between the parties

6  with respect to enforcement of any provision of the Settlement Agreement.

7  Dated: October 10, 2007                    Respectfully submitted,

8                                             LAW OFFICE OF MICHAEL R. LOZEAU

9

10                                            By:    _____

11                                                   Michael R. Lozeau
                                                     Attorney for Plaintiff California Sportfishing
12                                                   Protection Alliance

13                                            DONGELL LAWRENCE FINNEY LLP

14

15                                            By:    _____

16                                                   Jason M. Booth
                                                     Attorney for Defendant Roy E. Lay Trucking

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**ORDER**

2          Good cause appearing, and the parties having stipulated and agreed,

3          IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

4   claims against Defendant Roy E. Lay Trucking, as set forth in the Notice and Complaint filed in

5   Case No. 2:07-cv-01275-MCE-GGH, are hereby dismissed.

6          IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through

7   August 31, 2008 for the sole purpose of enforcing compliance by the parties of the terms of the

8   Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit D.

9          PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11  Dated:   October 15, 2007

12

13                                         MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4